UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASCOT SYNDICATE 1414, *et al.*,
                      Plaintiffs,

-v-

BROCK SERVICES, LLC,
                      Defendant.

25-CV-5886 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Before this Court is National Fire & Marine Insurance Company's ("NFM") motion to intervene as plaintiff. (ECF No. 39.) Defendant Brock Services, LLC ("Brock") does not oppose the motion. (ECF No. 48.) Substantially for the reasons set forth in NFM's memorandum in support of its motion, the Court GRANTS NFM's request to intervene as plaintiff.

NFM is directed to file its complaint on the record no later than a week from the date of this Order. Brock shall move, answer, or otherwise respond to NFM's complaint within thirty days from the date on which NFM's complaint is filed.

The Clerk of Court is directed to adjust the list of parties according and to terminate the motion at Docket Number 39.

    SO ORDERED.

Dated: November 13, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge